SAMUEL J. STEINER
Bankruptcy Judge
700 Stewart Street, Room 6301
Seattle, WA 98101

(206) 370-5300

FILED
Western District of Washington

JUN 29 2005

U.S. Bankruptcy Court

# IN THE BANKRUPTCY COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re<br><br>THOMAS D. RAETHER and CHARLOTTE E. RAETHER, husband and wife,<br>Debtors. | NO. 02-18406<br><br>Chapter 7<br><br>MEMORANDUM OPINION ON MOTION FOR RECONSIDERATION |

The trustee objected to the claim of Washington Cedar and Supply Company, Inc. Washington Cedar responded, and both parties filed briefs. Toward the end of oral argument, when the Court was advised that the amount at issue was approximately $1,000, it summarily overruled the trustee's objection without articulating its reasons. The trustee has moved for reconsideration.

The objection was overruled for two reasons.

First, the objection made no practical sense. If the trustee were to prevail, the expenses of administration involved would undoubtedly exceed the amount recovered, resulting in no benefit to the estate or dividend to creditors.

Second, the objection was overruled because the Court will not permit the panel trustees to turn it into a Small Claims Court, even though the United States Trustee may pressure them into administering small and/or worthless cases.

The motion for reconsideration will be denied.

DATED at Seattle, Washington this 29 day of June, 2005.

/s/ Samuel J. Steiner
BANKRUPTCY JUDGE

MEMORANDUM OPINION ON
MOTION FOR RECONSIDERATION